UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAERSK OIL TRADING PANAMA S.A. AND MAERSK LINE A/S,<br><br>         Plaintiffs,<br><br>vs.<br><br>GLENCORE LTD.,<br><br>         Defendant. | 21-cv-1063 (CM)<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

WHEREAS, Plaintiffs Maersk Oil Trading Panama S.A. and Maersk Line A/S (collectively, "Maersk") commenced this action against Defendant Glencore Ltd. ("Glencore") through the filing of the Complaint on February 5, 2021; and

WHEREAS, Maersk and Glencore are currently litigating the disputes subject to this action in a separate action filed in New York State Supreme Court and have agreed to litigate all disputes in one forum at this time for purposes of judicial economy;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Maersk and Glencore hereby stipulate to the dismissal, without prejudice, of this action;

2. To the extent Maersk re-files its Complaint, Maersk and Glencore stipulate and agree that such subsequent filing shall be deemed to relate back to the original filing of the Complaint on February 5, 2021, but that all of Glencore's other defenses and arguments with respect to the Complaint are expressly preserved.

Dated:  April 7, 2021

| **FREEHILL HOGAN & MAHAR LLP** | **HERBERT SMITH FREEHILLS NEW YORK LLP** |
|---|---|
| By: _____ | By: _____ |
| Don P. Murnane, Jr. | Peter J. Behmke |
| Michael J. Dehart | Michael P. Jones |
| 80 Pine Street, 25th Floor | Barron M. Flood |
| New York, New York 10005 | 450 Lexington Avenue |
| Tel:  (212) 425-1900 | New York, New York 10017 |
| Fax:  (212) 435-1901 | Tel:  (917) 542-7600 |
| Email:  murnane@freehill.com | Fax:  (917) 542-7601 |
|            dehart@freehill.com | Email:  Peter.Behmke@hsf.com |
|  |             Michael.Jones@hsf.com |
| *Attorneys for Plaintiffs Maersk Oil Trading Panama S.A. and Maersk Line A/S* |             Barron.Flood@hsf.com |
|  | *Attorneys for Defendant Glencore Ltd.* |

Dated: April 7, 2021

| FREEHILL HOGAN & MAHAR LLP | HERBERT SMITH FREEHILLS NEW YORK LLP |
|---|---|
| By: _____ <br>    Don P. Murnane, Jr. <br>    Michael J. Dehart <br> 80 Pine Street, 25th Floor <br> New York, New York 10005 <br> Tel: (212) 425-1900 <br> Fax: (212) 435-1901 <br> Email: murnane@freehill.com <br>        dehart@freehill.com <br><br> *Attorneys for Plaintiffs Maersk Oil Trading Panama S.A. and Maersk Line A/S* | By: _____ <br>    Peter J. Behmke <br>    Michael P. Jones <br>    Barron M. Flood <br> 450 Lexington Avenue <br> New York, New York 10017 <br> Tel: (917) 542-7600 <br> Fax: (917) 542-7601 <br> Email: Peter.Behmke@hsf.com <br>        Michael.Jones@hsf.com <br>        Barron.Flood@hsf.com <br><br> *Attorneys for Defendant Glencore Ltd.* |

544914.1